SEDGWICK LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
*stephanie.sheridan@sedgwicklaw.com*
ANTHONY J. ANSCOMBE, State Bar No. 135883
*anthony.anscombe@sedgwicklaw.com*
MEEGAN B. BROOKS, State Bar No. 298570
*meegan.brooks@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

*Attorneys for Defendant*
*AM Retail Group, Inc.*

Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Thomas A. Kearney, State Bar No. 90045
Prescott W. Littlefield, State Bar No. 259049
KEARNEY LITTLEFIELD LLP
3436 N. Verdugo Rd, Suite 230
Glendale, AA 91208
Telephone (213) 473-1900
Facsimile (2l3) 473-1919

*Attorneys for Plaintiff*
*Maria Ramos*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>AM Retail Group, Inc., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>              Defendant. | CASE NO. 3:16-cv-04316-MEJ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA** |

1    THE PARTIES, by and through their respective counsel of record, herein stipulate as

2 follows:

3    WHEREAS, on June 1, 2016, Plaintiff Maria Ramos ("Plaintiff") filed her Complaint for

4 alleged violations of California's Unfair Competition Law (Bus. & Prof. Code § 17200 *et seq.*),

5 False Advertising Law (Bus. & Prof. Code § 17500 *et seq.*), and Consumer Legal Remedies Act

6 (Civ. Code § 1750 *et seq.*) with the Superior Court for the State of California County of San

7 Francisco against Defendant AM Retail Group, Inc. ("Defendant");

8    WHEREAS, there is no connection between the allegations giving rise to Plaintiff's causes

9 of action and the Northern District of California;

10    WHEREAS, Defendant currently is, and at the time this action was commenced, was a

11 Delaware corporation with its principal place of business in Minnesota;

12    WHEREAS, Plaintiff currently is, and at the time this action was commenced, was a

13 resident of El Dorado County, within the Eastern District of California;

14    WHEREAS, the alleged conduct forming the basis of Plaintiff's action and her alleged

15 injuries all occurred solely in Folsom, California, County of Sacramento, within the Eastern

16 District of California;

17    WHEREAS, all of the potential witnesses in this action live in the Eastern District of

18 California;

19    WHEREAS, the parties to this action, by and through their attorneys, hereby stipulate and

20 that the Eastern District of California is the appropriate venue for this action;

21    WHEREAS, the parties attempted to effectuate a transfer through the state court system by

22 filing a stipulation to transfer this case from the San Francisco Superior Court to the Sacramento

23 Superior Court. Although the San Francisco Superior Court issued an order on July 25, 2016

24 transferring this case (*see* **Attachment A**), the Sacramento Superior Court had not processed the

25 transfer or given this matter a case number prior to AMRG's July 29, 2016 removal deadline.

26 Accordingly,  the Parties agreed that Defendant's counsel removed the case to this Court so as not

27 to waive its right to remove, and that the Parties would thereafter file this instant Stipulation to

28 move this matter to the appropriate venue in the Eastern District of California;

83595606v2                                    -1-                    CASE NO. 3:16-cv-04316-MEJ
JOINT STIPULATION AND ORDER TO TRANSFER VENUE

THEREFORE, the Parties agree and stipulate to transfer this action from the United States District Court for the Northern District of California to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1406(a);

FURTHER, given that Plaintiff plans to file an amended complaint, the Parties further stipulate that Defendant shall have 35 days after the date the action is docketed and assigned to a judge in the Eastern District of California to file a responsive pleading to Plaintiff's complaint.

**IT IS SO STIPULATED.**

DATED:  August 2, 2016                    SEDGWICK LLP

                                          By:  _/s/ *Stephanie A. Sheridan*_____
                                              Stephanie A. Sheridan
                                              Attorneys for Defendant
                                              AM RETAIL GROUP, INC.


DATED:  August 2, 2016                    STONEBARGER LAW

                                          By:  _/s/ *Richard D. Lambert*_____
                                              Richard D. Lambert
                                              Attorneys for Plaintiff
                                              MARIA RAMOS

**Local Rule 5-1 Attestation**

I attest that that Plaintiff's counsel Richard Lambert concurs in this filing's content and has authorized the filing.

DATED:  August 2, 2016                    SEDGWICK LLP

                                          By:  _/s/ *Stephanie A. Sheridan*_____
                                              Stephanie A. Sheridan
                                              Attorneys for Defendant
                                              AM RETAIL GROUP, INC.

1

### [PROPOSED] ORDER

2

3

     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**  This action is hereby transferred to the United States District Court for the Eastern District of California.

4

5

     **IT IS FURTHER ORDERED THAT** Defendant shall have 35 days after the date the action is docketed and assigned to a judge in the Eastern District of California to file a responsive pleading to Plaintiff's complaint.

6

7

8

     **IT IS SO ORDERED.**

9

10

Dated: _____August 3, 2016_____

    _____

11

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



59326822
Jul 25 2016
04:46PM
E-SERVICE
File & ServeXpress

1  SEDGWICK LLP
   STEPHANIE A. SHERIDAN, State Bar No. 135910
2  *stephanie.sheridan@sedgwicklaw.com*
   ANTHONY J. ANSCOMBE, State Bar No. 135883
3  *anthony.anscombe@sedgwicklaw.com*
   MEEGAN B. BROOKS, State Bar No. 298570
4  *meegan.brooks@sedgwicklaw.com*
   333 Bush Street, 30th Floor
5  San Francisco, CA 94104-2834
   Telephone: 415.781.7900
6  Facsimile: 415.781.2635

7  *Attorneys for Defendant*
   *AM Retail Group, Inc.*
8
   Gene J. Stonebarger, State Bar No. 209461
9  Richard D. Lambert, State Bar No. 251148
   STONEBARGER LAW
10 A Professional Corporation
   75 Iron Point Circle, Ste. 145
11 Folsom, CA 95630
12 Telephone (916) 235-7140
   Facsimile (916) 235-141
13
   Thomas A. Keamey, State Bar No. 90045
14 Prescott W. Littlefield, State Bar No. 259049
   KEARNEY LITTLEFIELD LLP
15 3436 N. Verdugo Rd, Suite 230
16 Glendale, AA 91208
   Telephone (213) 473-1900
17 Facsimile (213) 473-1919

18 *Attorneys for Plaintiff*
   *Maria Ramos*
19
20         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

21                    **COUNTY OF SAN FRANCISCO**

22 MARIA RAMOS, on behalf of herself and all        Case No. CGC 16-552324
   others similarly situated,
23                                                    [PROPOSED]
            Plaintiff,                                **ORDER ON JOINT STIPULATION TO**
24                                                    **TRANSFER VENUE OF CASE FROM**
       v.                                             **SAN FRANCISCO COUNTY TO**
25                                                    **SACRAMENTO COUNTY**
   AM Retail Group, Inc., a Delaware
26 Corporation; and DOES 1-100, inclusive,

            Defendant.
27
28

   83583936v1

1    THE PARTIES, by and through their respective counsel of record, herein stipulate as

2  follows:

3    WHEREAS, on June 1, 2016, Plaintiff Maria Ramos ("Plaintiff") filed her Complaint for

4  alleged violations of California's Unfair Competition Law (Bus. & Prof. Code § 17200 *et seq.*),

5  False Advertising Law (Bus. & Prof. Code § 17500 *et seq.*), and Consumer Legal Remedies Act

6  (Civ. Code § 1750 *et seq.*) with the Superior Court for the State of California County of San

7  Francisco against Defendant AM Retail Group, Inc. ("Defendant");

8    WHEREAS, neither party resides in the county where this Court is located, and Defendant

9  does not own any store locations within this County;

10    WHEREAS, Defendant's principal place of business currently is, and at the time this

11  action was commenced, was a Delaware corporation with its principal place of business in

12  Minnesota;

13    WHEREAS, Plaintiff currently is, and at the time this action was commenced, was a

14  resident of El Dorado County, California;

15    WHEREAS, the alleged conduct forming the basis of Plaintiff's action and her alleged

16  injuries all occurred solely in Folsom, California, County of Sacramento;

17    WHEREAS, all of the potential witnesses in this action live in or near Sacramento County,

18  or alternatively, near Defendant's corporate offices in Minnesota; no potential witnesses live in

19  this County;

20    WHEREAS, there is no connection between the allegations giving rise to Plaintiff's causes

21  of action and the County of San Francisco;

22    WHEREAS, the parties hereby stipulate that, pursuant to pursuant to Code of Civil

23  Procedure section 395(a), California Superior Court for the County of Sacramento is the

24  appropriate venue for this action;

25    ///

26    ///

27    ///

28

83583936v1

JOINT STIPULATION AND ORDER TO TRANSFER VENUE

1      THEREFORE, the parties agree and stipulate to transfer this action from the Superior

2   Court for the County of San Francisco to the Superior Court for the County of Sacramento.

3

4   DATED: July 25, 2016                    SEDGWICK LLP

5
                                   By: _____
6                                        Stephanie A. Sheridan
                                         *Attorneys for Defendant*
7                                        *AM Retail Group, Inc.*

8

9   DATED: July 25, 2016                    STONEBARGER LAW

10
                                   By: _____
11                                       Richard D. Lambert
                                         *Attorneys for Plaintiff*
12                                       *Maria Ramos*

13

14                               [PROPOSED] ORDER

15      The Court, having reviewed the Stipulation, and good cause appearing, hereby orders that:

16      1.  The matter of *Maria Ramos v. AM Retail Group, Inc.*, San Francisco County Superior

17          Court Case No. CGC 16-552324 be transferred to the California Superior Court for the

18          County of Sacramento.

19      2.  The court clerk transmit a certified copy of this Order and all the pleadings and papers

20          filed in this action to the clerk of the California Superior Court for the County of

21          Sacramento.

22      **IT IS SO ORDERED.**

23

24   Dated: **25 July 2016**        _____

25                                       HON. CURTIS KARNOW
                                         Judge of the Superior Court
26

27

28

83583936v1
_____
         JOINT STIPULATION AND ORDER TO TRANSFER VENUE