SEDGWICK LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
*stephanie.sheridan@sedgwicklaw.com*
ANTHONY J. ANSCOMBE, State Bar No. 135883
*anthony.anscombe@sedgwicklaw.com*
MEEGAN B. BROOKS, State Bar No. 298570
*meegan.brooks@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

*Attorneys for Defendant*
*AM Retail Group, Inc.*

Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Thomas A. Kearney, State Bar No. 90045
Prescott W. Littlefield, State Bar No. 259049
KEARNEY LITTLEFIELD LLP
3436 N. Verdugo Rd, Suite 230
Glendale, AA 91208
Telephone (213) 473-1900
Facsimile (2l3) 473-1919

*Attorneys for Plaintiff*
*Maria Ramos*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AM RETAIL GROUP, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-01842-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER**<br><br>FAC Filed: Sept. 6, 2016<br>Current Response Date: Sept. 23, 2016<br>New Response Date: Oct. 6, 2016 |

1   Plaintiff Maria Ramos ("Plaintiff") and Defendant AM Retail Group, Inc. ("Defendant" or
2   AMRG), by and through their attorneys of record herein, hereby stipulate and agree pursuant to
3   Local Rule 143 that Defendant shall have until October 6, 2016 to respond to Plaintiff's First
4   Amended Complaint ("FAC").

5   WHEREAS, Plaintiff filed the FAC on September 6, 2016, making AMRG's response
6   deadline September 23, 2016;

7   WHEREAS, Good cause exists for this extension, as AMRG requires additional time to
8   investigate the claims in the FAC and to prepare its response;

9   THEREFORE Plaintiff and Defendant, by and through their counsel, hereby stipulate and
10  agree that Defendant may have up to and including October 6, 2016 to answer or otherwise respond to
11  the FAC filed in this action.

12  **IT IS SO STIPULATED.**

13  DATED:  August 9, 2016              SEDGWICK LLP

14                                     By:  /s/ *Stephanie A. Sheridan**
                                            Stephanie A. Sheridan
15                                          Attorneys for Defendant
                                            AM RETAIL GROUP, INC.
16
17  DATED:  August 9, 2016              STONEBARGER LAW

18                                     By:  /s/ *Richard D. Lambert* (as authorized on 9/9/16)
                                            Richard D. Lambert
19                                          Attorneys for Plaintiff
                                            MARIA RAMOS
20
21  *Pursuant to Local Rule 131(e), I attest that that Plaintiff's counsel concurs in this filing's
    content and has authorized the filing.
22

83745523V2                             -2-              CASE NO. 2:16-CV-01842-MCE-KJN
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST
AMENDED COMPLAINT

**ORDER**

Pursuant to the parties' stipulation and good cause shown, Defendant's deadline to respond to the First Amended Complaint is hereby extended until October 6, 2016.

IT IS SO ORDERED.

Dated:  September 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE