SEDGWICK LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
*stephanie.sheridan@sedgwicklaw.com*
ANTHONY J. ANSCOMBE, State Bar No. 135883
*anthony.anscombe@sedgwicklaw.com*
MEEGAN B. BROOKS, State Bar No. 298570
*meegan.brooks@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Tel.: 415.781.7900 | Fax: 415.781.2635

*Attorneys for Defendant*
*AM Retail Group, Inc.*

Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Tel.: (916) 235-7140 | Fax: (916) 23 5-7141

Thomas A. Kearney, State Bar No. 90045
tak@keameylittlefield.com
Prescott W. Littlefield, State Bar No. 259049
pwl@keameylittlefield.com
KEARNEY LITTLEFIELD LLP
3436 N. Verdugo Rd, Suite 230
Glendale CA 91208
Tel.: (213) 473-1900 | Fax: (213) 473-1919

*Attorneys for Plaintiff*
*Maria Ramos*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AM Retail Group, Inc., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:16-CV-01842-TLN-AC<br><br>**STIPULATION AND ORDER RE: JOINT STATUS REPORT** |

Plaintiff Maria Ramos ("Plaintiff") and Defendant AM Retail Group ("Defendant" or "AMRG"), by and through their attorneys of record, stipulate as follows:

1. Defendant removed this action to the Northern District of California on July 29, 2016. (Dkt. 1.) The case was transferred to this District on August 4, 2016, where it was assigned to Hon. Morrison C. England, Jr.  (Dkt. 8-9.)

2. Plaintiff filed a First Amended Complaint (FAC) on September 6, 2016. (Dkt. 11.)

3. On October 6, 2016, Defendant moved to dismiss the FAC under Rules 8, 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. 14.)

4. On November 17, 2016, the case was reassigned to this Court. (Dkt. 19.) The same day, this Court issued an order requiring that the parties hold a Federal Rule of Civil Procedure 26(f) conference and file a Joint Status Report within 60 days of service of the complaint. (Dkt. 20.)

5. The parties have met and conferred, and agree that good cause exists to postpone the preparation and filing of the Joint Status Report until the Court hears and resolves Defendant's pending motion to dismiss.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 17, 2016 be postponed until no later than 14 days after the pleadings are resolved.

DATED: January 12, 2017         SEDGWICK LLP

                                By: /s/ *Stephanie Sheridan**
                                    Stephanie A. Sheridan
                                    Anthony J. Anscombe
                                    Meegan B. Brooks
                                    Attorneys for Defendant
                                    AM Retail Group, INC.

DATED: January 12, 2017         STONEBARGER LAW

                                By: /s/ *Richard D. Lambert* (as authorized on 1/11/17)
                                    Richard D. Lambert
                                    Attorneys for Plaintiff
                                    MARIA RAMOS

*Pursuant to Local Rule 131(e), I attest that that Plaintiff's counsel concurs in this filing's content and has authorized the filing.

**ORDER**

Upon consideration of the parties' Stipulation re: Joint Status Report and good cause appearing, IT IS HEREBY ORDERED THAT:

The Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 17, 2016 be postponed until no later than 14 days after the pleadings are resolved.

**IT IS SO ORDERED.**

Dated: January 13, 2017

_____
Troy L. Nunley
United States District Judge